UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANKLIN GONZALEZ,

                Plaintiff,

      - against -

J.B. HUNT TRANSPORT, INC., ET AL.,

                Defendants.

---

23-cv-5617 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

To date, no answer has been filed. The time for the defendants to answer or respond to the complaint is extended to **October 27, 2023.** If the defendants fail to respond to the complaint by that date, a default may be entered against the defendants.

**SO ORDERED.**

Dated:    New York, New York
          October 6, 2023

                                            John G. Koeltl
                                          United States District Judge