```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

FRANKLIN GONZALEZ,

                Plaintiff,

   - against -

J.B. HUNT TRANSPORT, INC., ET AL.,

                Defendants.

23-cv-5617 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 25, 2023.

SO ORDERED.

Dated:    New York, New York
            October 10, 2023

                                              John G. Koeltl
                                   United States District Judge