UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANKLIN GONZALEZ,

                Plaintiff(s)

              -against-

J.B. HUNT TRANSPORT, INC.

                Defendant(s).
------------------------------------------------------------X

23 civ 5617 (JGK)

## ORDER

The Court, by order of October 10, 2023, having directed the parties to submit a Rule 26(f) report by October 25, 2023,

The conference scheduled for October 25, 2023, at 4:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      October 18, 2023