UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN GONZALEZ,                            23-cv-5617 (JGK)

               Plaintiff,          ORDER

- against -

J.B. HUNT TRANSPORT, INC., ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

    Any opposition to the motion by Lutfy & Lutfy, P.C. to withdraw as counsel for the plaintiff Franklin Gonzalez, ECF No. 13, should be filed by **November 27, 2023**. If there is no opposition the motion may be granted by default. At that point, the plaintiff may represent himself or appear by new counsel. In that event, the plaintiff should appear by new counsel or file a notice that he is representing himself by **December 15, 2023**. If the plaintiff fails to do so, this case may be dismissed without prejudice for failure to prosecute.

    The Clerk's Office should mail a copy of this Order to the plaintiff at 259 South Main Street, Freeport, NY 11520 and note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          October 26, 2023

                                             John G. Koeltl
                                    United States District Judge