UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANKLIN GONZALEZ,

                Plaintiff,

                23 civ 5617 (JGK)

-against-

J.B. HUNT TRANSPORT, INC., et al.,

                Defendants.
------------------------------------------------------------X

## ORDER

The Court, via order of November 30, 2023 (Document 17), granted withdrawal of the plaintiff's counsel, Lufty & Lufty, and directed the plaintiff to file an appearance by new counsel or a notice that he is appearing pro se by December 15, 2023. The plaintiff was advised that failure to do so would result in a dismissal of the action for failure to prosecute. The plaintiff's former counsel filed proof of service of the Court November 30, 2023 order on November 30, 2023 (Document 18). The plaintiff, to date, has not responded to the Court's November 30, 2023 order.

It is hereby ordered that the above action be dismissed for failure to prosecute. The Clerk of Court is directed to close this case.

**SO ORDERED.**

                                                              JOHN G. KOELTL
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        January 11, 2024